PROB 12A
(EDNY 7/09)

PACTS#54289

# United States District Court

## for the

## Eastern District of New York

## Report on Offender Under Supervision

Case Number: 0207 1:08CR00076-039

Name of Offender: **Anthony Licata**

Name of Sentencing Judicial Officer: Honorable Jack B. Weinstein, Sr. U.S. District Judge

Date of Original Sentence: 8/20/2008

Original Offense: INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE -

Original Sentence: Imprisonment - 15 M
Supervised Release - 36 M

Type of Supervision: TSR     Date Supervision Commenced: 12/31/2009

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1. | None |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 1 8 2012 ★

BROOKLYN OFFICE

Prob 12A                                -2-                          *Report on Offender*
                                                                     *Under Supervision*

*Name of Offender:* Anthony Licata                *Case Number:* 0207 1:08CR00076-039

<u>U.S. Probation Officer Action:</u>

On January 26, 2012, we notified Your Honor that on January 20, 2011, the offender was arrested by agents of the Federal Bureau of Investigation. This arrest was predicated on the attached indictment, which charges the offender with Racketeering Conspiracy, in violation of 18 U.S.C. 1951(a) and 2.

On February 28, 2012, the offender appeared before the Honorable Judge Dora L. Irizarry, U.S. District Judge and pleaded guilty to Count One, Conspiracy to Commit Racketeering, a class C felony under 18 U.S.C. 1962 ( c ). Specifically, the offender pleaded guilty to Racketeering Acts 2 and 4a within Count One. Sentencing has been indefinitely postponed due to medical reasons.

As verified by the government, all of the overt criminal conduct to which the offender pleaded guilty to occurred prior to the commencement of his current supervised release term, therefore, do not constitute a violation of supervised release. We write to notify Your Honor that the Probation Office will not initiate a violation of supervised release in this matter.

Respectfully submitted,

by _____
Richard Azarian
Senior U.S. Probation Officer
Date: June 6, 2012

Approved: _____
Joseph Franco, SUSPO

*Please indicate the Court's response below and return to the U.S. Probation Officer*

[✓]  The Court concurs.
[ ]  The Court does not concur.
[ ]  Submit a Request for Modifying the Condition or Term of Supervision.
[ ]  Submit a Request for Warrant or Summons.
[ ]  Other

_____
Signature of Judicial Officer

6/14/12
Date